**FILED**

**JUDGMENT ENTERED**

_7/17/03_
**Date**

by _Alopez_
**Deputy Clerk**

**U.S. District Court**
**Eastern District of California**

7/17/03   **FILE CLOSED**

_UNITED STATES DISTRICT COURT_
_EASTERN DISTRICT OF CALIFORNIA_


ROBERT JAMES ACREMANT,

        Petitioner,

vs.

BRIAN BELLEQUE, Interim
Superintendent of Oregon
State Penitentiary,

        Respondent.

_____/

**JUDGMENT IN A CIVIL ACTION**

CV-F-03-5932 REC P


        DECISION BY COURT:  This action came to trial or
hearing before the Court.  The issues have been tried or heard and a
decision has been rendered.

        IT IS HEREBY ORDERED AND ADJUDGED that the writ of
habeas corpus is DISMISSED WITHOUT PREJUDICE.

DATED:
    7/17/03

JACK L. WAGNER, Clerk

By: _Alopez_

Deputy Clerk

jqm.civ
2/1/95

h1

United States District Court
for the
Eastern District of California
July 17, 2003

\* \* CERTIFICATE OF SERVICE \* \*
Entry on Civil Docket


1:03-cv-05932


Acremant

    v.

Belleque

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on July 17, 2003,  I SERVED and ENTERED on the civil docket a
true and correct copy(ies) of the attached, by placing said copy(ies) in
a postage paid envelope addressed to the person(s) listed below, by
depositing said envelope in the U.S. Mail, by placing said copy(ies)
into an inter-office delivery receptacle located in the office of the Clerk,
or, pursuant to prior authorization by counsel, via facsimile.


    Robert Acremant
    11731803                            REC/P    LG
    OSP
    Oregon State Penitentiary
    2605 State Street
    Salem, OR   97310

    Jo Graves
    Attorney General's Office for the State of California
    PO Box 944255
    1300 I Street
    Suite 125
    Sacramento, CA   94244-2550


                                      Jack L. Wagner, Clerk

                                BY: _____
                                     Deputy Clerk